NATHAN FREEDMAN, RESPONDENT, v. SPICER MANU-
FACTURING CORPORATION, APPELLANT.

Submitted December 5, 1921—Decided February 2, 1922.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"The Common Pleas found the following facts:

"1. That the said Harry Freedman, who was twenty-one years of age, was on the 23d day of October, 1918, employed by Spicer Manufacturing Corporation, at South Plainfield, New Jersey, as a clerk in the production department.

"2. That during the influenza epidemic in the fall of 1918, in an effort to check the spread of such disease, respondent obtained and administered through its company physician, a vaccine to such of its employes as were willing to take the treatment, and also to the members of their families.

"3. That on October 23d, 1918, said Harry Freedman was invited, recommended and induced by the respondent to accept such inoculation, and was inoculated at the plant along with the other men in his department; upon his

returning to his desk after such inoculation, and as a result of the inoculation, he fainted and fell to the floor.

"4. That as a result of the fall, the deceased fractured his skull and his death ensued on the following day as a result of said accident.

"5. That the injury was caused by an accident on the 23d day of October, 1918, arising out of and in the course of the employment.

"We think this finding justified the judgment entered in favor of the petitioner. Let judgment be affirmed, with costs."

For the appellant, *Clarence B. Tippett*.

For the respondent, *William Newcorn*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, KATZENBACH, WHITE, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 12.

*For reversal*—None.